

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00260-CV

Tony **KUMAGAH**,
Appellant

v.

**KB HOME**, Alamo Title, Jeffrey Mezger, and Eddie Hall,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI21422
Honorable Christine Vasquez-Hortick, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: August 16, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellees have filed a motion to dismiss this appeal citing appellant's failure to pay court costs. A filing fee of $205.00 was due when appellant filed his notice of appeal. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On June 5, 2023, the clerk of the court notified appellant of this deficiency by letter and requested payment of the fee no later than June 15, 2023. On June 23, 2023, we ordered appellant to pay the filing fee on or before July 7, 2023. Our order

cautioned appellant that this appeal would be dismissed if the filing fee was not paid by the date provided.

The filing fee remains unpaid, and appellant has not filed a sworn statement of inability to pay court costs. Further, the clerk's record reflects that the trial court determined appellant is not indigent when it denied appellant's motion to proceed without payment of court costs and ultimately dismissed appellant's claims for failure to pay court costs.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(a); *see also* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order). Appellees' motion to dismiss is denied as moot.

PER CURIAM